BURT (KRUMBAAR v.). See Case No. 7,944.

---

## Case No. 2,213.

### BURTIN v. CARNE.

[Cited in Austin v. O'Reilly, Case No. 664. Nowhere reported; opinion not now accessible.]